AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,   **JUDGMENT**

V.

    CASE NUMBER: **3:99-cr-00001-ECR-RAM**

JERRY LEE MORGAN,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Document No. 240) is treated as a motion under 28 U.S.C. § 2255, and is **DENIED**.

  December 16, 2010             **LANCE S. WILSON**
                                        Clerk

                                        /s/ Katie Lynn Ogden
                                           Deputy Clerk